UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON DORSEY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:22-cv-1489-GMB |
| TRANS UNION LLC, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

On November 30, 2022, the defendant I C System, Inc. filed an answer in the above-styled cause originally assigned to the undersigned magistrate judge. Pursuant to the General Order for Referral of Civil Matters to the United States Magistrate Judges of the Northern District of Alabama, dated January 2, 2015, the parties are **REQUIRED** to enter an election regarding the exercise of dispositive jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) no later than January 14, 2023. In the absence of consent by all parties, the Clerk is hereby DIRECTED to reassign the case to a randomly drawn district judge without further order after January 14, 2023.

**The parties are directed to use the magistrate judge consent form on the CM/ECF system to elect or decline the exercise of magistrate judge jurisdiction.** Unlike in the past, a party can **now** complete the consent form electronically and submit it through the Court's CM/ECF filing system at the following web address: https://ecf.alnd.uscourts.gov. If a party submits the form electronically, the form will be delivered directly to the Clerk. It will not be filed on the docket sheet, and no judge will

have access to the form. Alternatively, a party may print the form, complete it manually, and submit it to the Clerk's office.

You may decline magistrate judge jurisdiction without adverse consequences. The identity of any party who consents to or declines magistrate judge jurisdiction will remain unknown to the undersigned unless consent is unanimous. The undersigned will only learn of a party's election to consent where all parties have consented. In the event fewer than all the parties elect to consent, the Clerk will not inform the undersigned of the identity of the non-consenting party/parties. If all parties consent, a magistrate judge will exercise full and final dispositive jurisdiction, and all appeals will lie directly with the appropriate United States Court of Appeals.

DONE and ORDERED on December 1, 2022.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE