FILED
2023 Nov-07  PM 08:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## CENTRAL DIVISION

### CASE NO.: 2:22-cv-01489-GMB

**SHARON DORSEY,**

**Plaintiff,**

v.

**TRANS UNION, LLC,**
**I.C. SYSTEM, INC.,**

**Defendants.**

_____/

### <u>DECLARATION OF MICHELLE K. DOVE</u>

On this 7th day of November, 2023, I, Michelle K. Dove, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true and correct:

1.      My legal name is Michelle K. Dove.

2.      I am over the age of 18 and am otherwise competent to make this Declaration.

3.      I am the Chief Compliance Officer/Corporate General Counsel for Defendant I.C. System, Inc. ("IC") and have held this position since February 2014.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2**

4.    The information contained in this Declaration is based upon my personal knowledge gained through my employment with IC, as well as my review of relevant business records and the specific electronic information and data related to the account at issue in this litigation.

5.    IC documents reviewed in preparation of this Declaration were made in the regular course of IC's business and it was in the regular course of IC's business to make such records within a reasonable time of the transactions or occurrences reflected in the documents.

6.    On or about December 28, 2020, ATT U-Verse ("ATT") referred the Plaintiff's account to IC for collection purposes. *See*, **EXHIBIT A** – ATT Placement File and **EXHIBIT B** – IC's Account History.

7.    At the time of referral, ATT identified a delinquent balance of $151.33 as validly due and owing by an individual by the name of Sharon Dorsey with a social security number and an address located in Locust Fork, AL. *See*, Ex. A – ATT Placement File.

8.    On or about December 28, 2020, after placement of the account and prior to collection efforts beginning, IC performed certain standard procedures to review the account and avoid certain pitfalls and potential violations of the law, such as verifying Plaintiff's personal identifying information, performing a cellphone scrub to avoid potential issues with the Telephone Consumer Protection

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2**

Act, performing a bankruptcy scrub to avoid violation of any bankruptcy stays, and performing a search using the national change of address database ("NCOA") to ensure that its mailings reached the intended recipient. *See*, Ex. B – Account History.

9.     On January 8, 2021, after performing such procedures, IC determined the information provided to it by AT&T was likely valid and began collection efforts by sending its initial collection letter to the Plaintiff at the Locust Fork, Alabama address. *See*, **EXHIBIT C** – IC's Letter to Plaintiff dated January 8, 2021.

10.     That letter contained the following notice, required by the FDCPA:

NOTICE

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you make a request in writing within 30 days after receiving this notice we will provide you with the name and address of the original creditor, if different from the current creditor.

*See*, Ex. C - IC's Letter to Plaintiff dated January 8, 2021.

11.     The letter sent to Plaintiff was not returned as undeliverable. IC did not receive any letter from the Plaintiff within the thirty (30) day validation period referred to in IC's initial collection letter, or at any other time, disputing the validity of the account.

12.     Had the Plaintiff actually sent a dispute letter, as she claims, the account notes would reflect receipt of a dispute, collections would have been suspended, and "the ATT account would have gone into an "answer-required"

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2**

status, where ATT would have had to provide additional validation of the account, in order for collection to continue.

13.    On or about February 11, 2021, IC sent a second collection letter to the Plaintiff. *See*, **EXHIBIT D** – IC's Letter to Plaintiff dated February 11, 2021.

14.    On or about February 28, 2021, IC electronically reported the ATT account to Experian, Innovis, and TransUnion using the social security number it received from ATT. *See*, **EXHIBIT E** – Credit Bureau Activity.

15.    On March 3, 2021, an individual who identified herself as Sharon Dorsey called IC and spoke with IC representative Barbara Hauke. *See*, **EXHIBIT F** - Transcript of March 3, 2021 Call Recording.

16.    During the call, Ms. Dorsey verbally disputed owing the ATT account, stating:

> This was two years ago. I moved. I applied for AT&T internet and DIRECTV and a landline. The balance on that was [$101.33]. They called me back two days later and says they were unable to provide me with that service. I have written four letters. This used to be on my credit report. And they said the only way for me to get it off was to write a letter. Well, I wrote four. Each time I looked, it was still on there. So I called AT -- AT&T. They said that that had already been turned over for collection, and I would have to go directly to you guys. Now, this is something they couldn't provide me with that service, but they billed me for the first month because I signed up for it. And it was $101, but they couldn't provide the service. I never got their service. I never got a U-verse account. I never got an AT&T landline. Anything. I had to go through DIRECTV directly, and AT&T referred me to

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2**

> (inaudible) that satellite for my internet, which I do have
> it with them currently. AT&T never provided this service
> to me.

*See*, Ex. F - Transcript of March 3, 2021 Call Recording at pp. 4-5.

17.    During the March 3, 2021 call, Ms. Hauke erroneously told Ms. Dorsey that IC does "not report [ATT accounts] to the credit bureau. AT&T reports. [IC does] not report anything like that." *See*, Ex. F - Transcript of March 3, 2021 Call Recording at p. 10.

18.    Pursuant to IC policies, Ms. Hauke had been trained that IC does credit report ATT accounts, like the Plaintiff's ATT account, but Ms. Hauke simply made a mistake while speaking with the Plaintiff on March 3, 2021.

19.    After the call, Ms. Hauke updated IC's account notes to summarize the call and updated the ATT account with a dispute code event in IC's system, which automatically triggered a dispute flag on the account and communicated the dispute information to ATT. *See*, Ex. B – Account History at p. 4.

20.    Since the credit reported ATT account had been updated with a dispute code event, on or about March 7, 2021, the credit reporting on the ATT account was automatically updated by IC's system to communicate to Experian, Innovis, and TransUnion that the ATT account was disputed by the Plaintiff.  *See*, Ex. E – Credit Bureau Report.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2**

21.     About a month before the March 3, 2021 telephone call, Ms. Hauke was hired by IC, and had been assigned to IC's "national telco team," which was dedicated to the collection of certain telecommunication-provider accounts, including ATT.

22.     Prior to engaging in any collection activities, Ms. Hauke completed IC's training program as well as client-specific onboarding about the credit reporting process for each of IC's clients in the "telco pool," including ATT's specific credit reporting procedure.

23.     On October 6, 2021, IC received notice through the e-Oscar system that the Plaintiff had initiated a dispute of IC's credit reporting, i.e., an Automated Credit Dispute Verification form ("ACDV"), from TransUnion reflecting an e-Oscar code of "010" which means "claims paid" and of "111" which means "company will delete" (the "October 2021 Dispute").

24.     Ms. Hauke investigated the disputed information and based upon the results of that investigation, verified the accuracy of IC's credit reporting.

25.     On November 1, 2021, IC representative Lori Bagniewski placed a call and spoke with an individual who identified herself as Sharon Dorsey. *See*, **EXHIBIT G** - Transcript of November 1, 2021 Call Recording.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2**

26.    During the call, Ms. Dorsey disputed owing the ATT account, claiming the service was never installed. *See*, Ex. G - Transcript of November 1, 2021 Call Recording.

27.    There was no further action taken by IC to contact Ms. Dorsey.

28.    On May 23, 2022, IC received notice through the e-Oscar system that the Plaintiff had initiated a dispute of IC's credit reporting (the "May 2022 Dispute"). *See*, Ex. B – IC's Account Summary at p. 1.

29.    The May 2022 Dispute reflected an e-Oscar code of "001," which means "not his/hers" and "118," which means "disputes current balance and/or amount past due." *See*, Ex. B – IC's Account Summary at p. 1.

30.    Plaintiff also sent a letter to TransUnion in which she provided the same backstory she had provided to IC during telephone calls in 2021, namely that she had moved into a new residence and purchased the ATT U-Verse service, but later she came to understand the service was not available at the address to which she was moving.

31.    The May 2022 Dispute therefore contained no information that hadn't previously been conveyed by the Plaintiff to IC at the time IC received the October 2021 Dispute.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2**

32.    Consistent with the dispute's request that IC "Verify Current Balance or Amount Past Due," IC's automated review process confirmed the balance due on the account.

33.    And IC also compared the name, social security number, and address on the dispute to ensure it match the same information provided by ATT.

34.    Once this process was complete, IC reported back to Trans Union, verifying the accuracy of its credit reporting the account as disputed.

35.    The sole reason that IC communicated this information to TransUnion was to ensure compliance with the FCRA's requirement at § 1681s-2(b) that furnishers receiving indirect disputes from credit reporting agencies "conduct an investigation with respect to the disputed information" and report the results to the consumer reporting agency.

36.    On or about October 30, 2022, IC made a request for deletion to Experian, Innovis, and TransUnion of any of IC's reporting of the trade line associated with the ATT account.

### *IC's Policies and Procedures*

37.    IC has been in business since 1938.

38.    IC's policy is that it only collects debts that are validly due and owing. IC's employees are trained to comply with this policy. Consistent with this policy, and because IC is not the original creditor on debts it collects and does not have

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2**

first-hand information regarding any accounts referred to it for collection, ATT has

agreed that it will refer only validly due and owing debts to IC for collection.

39.    IC trains its employees pursuant to IC's policy to handle all disputes

in accordance with applicable law and to strive to address the consumer's dispute

to his or her satisfaction. If an accountholder verbally disputes an account, the

account should be updated with a dispute event code in IC's system. Placing an

account in a dispute event will automatically trigger the dispute flag on the

account. Anytime an account is flagged with a dispute, if the account is credit

reported, the updated dispute code will trigger IC's system to communicate the

dispute information to the credit reporting agencies and to notify the creditor of the

dispute. The account must continue to be marked as a disputed account until the

accountholder no longer disputes the account or requests that the dispute is

removed.

40.    In addition, as a data furnisher, IC's policy is to provide accurate and

timely information to the credit reporting agencies and to regularly audit the

information provided to detect any defects or deficiencies. IC investigates every

consumer dispute to ensure the accuracy of the consumer account information it

receives from its clients and that may be reported to the CRAs. Upon receipt of an

ACDV, it is IC's policy to conduct a reasonable investigation under all

circumstances with respect to the disputed information, review all relevant

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2**

information provided by the credit reporting agencies, and report the results of the

investigation to the credit reporting agencies. If the investigation finds the

information is incomplete or inaccurate, IC will report those results to all other

credit reporting agencies to which IC provided the information. If an item of

information disputed by a consumer is found to be inaccurate or incomplete or

cannot be verified after any reinvestigation, for purposes of reporting to the credit

reporting agencies only, based on the results of the investigation, IC will promptly

modify the item of information, delete that item of information, or permanently

block the reporting of that item of information. All related IC personnel are subject

to this policy and any employee found to have violated this policy may be subject

to disciplinary action, up to and including termination based on the disciplinary

action guidelines.

Executed on this 7th day of November, 2023.

_____
Michelle K. Dove

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2**

```
                                                    Placement File-22138
696285085    PR419643292   SHARON DORSEY             PO BOX 228                                              LOCUST FORK AL
             350970228 0000151.33 0000151.33 0000000.00

                                          REMLAP                  AL351335315      0000000000H305815  11111110002OSP0    01102019NP10112018062018 899 HONEYCUTT RD

    0000153.43-0000002.1011072018 0000000.00 0000000.00NN NN    0000000.00                              DORVERT6863@GMAIL.COM
                                                                                                       0000000.00 0000000.00 0000 0000000.00
0000000.00          NNN        R
```

Page 1

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**    ICS003
**EXHIBIT 2-A**

## Account History



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/26/2022 2:55:01 PM | Consumer Attorney Acknowledged | Written Correspondence from Consumer Attorney | Debt Numbers: 121920337 | Sandra Gustafson | IC House Collector | 235660268-1 | 121920337 |
| 10/26/2022 2:55:01 PM | | Added | Contact COCHRUN & SEALS LLC Other Phone [Verified] ████ | Sandra Gustafson | IC House Collector | 235660268-1 | |
| 10/26/2022 2:55:01 PM | | Added | Contact COCHRUN & SEALS LLC Other Address PO Box 10448 | Sandra Gustafson | IC House Collector | 235660268-1 | |
| 10/26/2022 2:55:01 PM | | Added | Contact COCHRUN & SEALS LLC | Sandra Gustafson | IC House Collector | 235660268-1 | |
| 10/26/2022 2:55:01 PM | | Updated | Consumer consumer has attorney flag changed from No to Yes | | IC House Collector | 235660268-1 | |
| 10/26/2022 2:46:41 PM | | Viewed | | Sandra Gustafson | IC House Collector | 235660268-1 | |
| 5/23/2022 6:48:01 AM | Verify / CBR Investigation complete | ACDV | ACDV - TUN - 001-Not mine, 116-Balance/ past due amount / Verify response: 23 cc Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 5/23/2022 6:48:01 AM | | Updated | Last event changed from Retained Collections to Verify / CBR Investigation complete | | IC House Collector | 235660268-1 | |
| 2/20/2022 11:59:59 PM | Start Phase | Batch Processing | Close Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/20/2022 11:59:59 PM | Retained Collections | Batch Processing | Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/20/2022 11:59:59 PM | Not-Qualified--Stop Phase | Batch Processing | Credit Monitor-Return Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/20/2022 11:59:59 PM | New Business | Batch Processing | Close Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/20/2022 5:55:52 PM | | Updated | Status changed from Active to Retained Last event changed from New Business to Retained Collections | | IC House Collector | 235660268-1 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/20/2022 5 55:52 PM | | Updated | Last event changed from Dispute - Answer Not Required to New Business | | IC House Collector | 235660268-1 | |
| 2/20/2022 5 55:52 PM | | Updated | Working team changed from ATT WH Uverse CW Phase to AT&T Warehouse House | | IC House Collector | 235660268-1 | |
| 2/20/2022 5 55:52 PM | | Updated | Current linked debt phase state ID changed from 675082768 to 675082774 | | IC House Collector | 235660268-1 | |
| 2/20/2022 5 55:52 PM | | Updated | Working team changed from ATT WH Uverse Seconds Phase to ATT WH Uverse CW Phase Current linked debt phase state ID changed from 599431898 to 675082768 | | IC House Collector | 235660268-1 | |
| 2/20/2022 5 55:52 PM | | Updated | Assigned collector changed from Lori Bagniewski to IC House Collector Collector assigned effective date changed from Nov 1 2021 1:44PM to nothing Collector assigned expiration date changed from Nov 15 2021 12:00AM to nothing | | IC House Collector | 235660268-1 | |
| 2/20/2022 5 55:52 PM | | Updated | Working team changed from ATT WH Uverse Seconds Phase to ATT WH Uverse CW Phase Assigned collector changed from Lori Bagniewski to IC House Collector Collector assigned effective date changed from Nov 1 2021 1:44PM to nothing Collector assigned expiration date changed from Nov 15 2021 12:00AM to nothing | | IC House Collector | 235660268-1 | |
| 2/20/2022 5 55:51 PM | | Updated | Current linked debt phase state ID changed from 599431898 to 675082768 | | Lori Bagniewski | 235660268-1 | |
| 11/1/2021 1:44:05 PM | | Viewed | | Lori Bagniewski | Lori Bagniewski | 235660268-1 | |
| 11/1/2021 1:44:03 PM | | Updated | Assigned collector changed from Barbara Hauke to Lori Bagniewski Collector assigned effective date changed from Mar 3 2021 2 09PM to Nov 1 2021 1:44PM Collector assigned expiration date changed from Mar 17 2021 12:00AM to Nov 15 2021 12 00AM Last event changed from Verity / CBR Investigation complete to Dispute - Answer Not Required | | Barbara Hauke | 235660268-1 | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** ICS005
**EXHIBIT 2-B**

| Date | Event | Method | Note | User | Agency | Account | Debt |
|------|-------|--------|------|------|--------|---------|------|
| 11/1/2021 1:44:03 PM | | Account Note | ███ vic mm ms sz was nvr installed in home, oct 2018 client sz was to remove bill, client services are not available in her area, offered 45% 68.10 ms sz not paying ver addy ph e mail | Lori Bagniewski | Barbara Hauke | 235660268-1 | |
| 11/1/2021 1:44:02 PM | Dispute - Answer Not Required | Telephoned - Consumer | OTH - Dispute-Other Debt Numbers: 121920337 | Lori Bagniewski | Barbara Hauke | 235660268-1 | 121920337 |
| 11/1/2021 1:44:02 PM | Dispute-Other | Telephoned - Consumer | Dispute-Other (Phone: Consumer Mobile (205) ███ ) Debt Numbers: 121920337 | Lori Bagniewski | Barbara Hauke | 235660268-1 | 121920337 |
| 11/1/2021 1 37:09 PM | Agent Release | Telephoned - Consumer | (205) ███ Agent: 5005 Call Time: 365s Debt Numbers: 121920337 | | Barbara Hauke | 235660268-1 | 121920337 |
| 11/1/2021 1 23:29 PM | Answer Machine | Telephoned - Consumer | (305) 815 ███ Agent Dialed Call Time: 9s Debt Numbers: 121920337 | | Barbara Hauke | 235660268-1 | 121920337 |
| 10/29/2021 8:48:08 AM | Consumer Hangs Up | Telephoned - Consumer | (205) ███ Agent Dialed Call Time: 1s Debt Numbers: 121920337 | | Barbara Hauke | 235660268-1 | 121920337 |
| 10/29/2021 8 23:37 AM | Answer Machine | Telephoned - Consumer | (305) ███ Agent Dialed Call Time: 4s Debt Numbers: 121920337 | | Barbara Hauke | 235660268-1 | 121920337 |
| 10/26/2021 10:10:59 AM | Possible Disconnected Number | Telephoned - Consumer | (205) ███ Debt Numbers: 121920337 | | Barbara Hauke | 235660268-1 | 121920337 |
| 10/26/2021 9:49:18 AM | Answer Machine | Telephoned - Consumer | (205) ███ Agent Dialed Call Time: 4s Debt Numbers: 121920337 | | Barbara Hauke | 235660268-1 | 121920337 |
| 10/26/2021 9:42:27 AM | Answer Machine | Telephoned - Consumer | (305) ███ Agent Dialed Call Time: 4s Debt Numbers: 121920337 | | Barbara Hauke | 235660268-1 | 121920337 |
| 10/21/2021 2:18:45 PM | Consumer Hangs Up | Telephoned - Consumer | (205) ███ Agent Dialed Call Time: 11s Debt Numbers: 121920337 | | Barbara Hauke | 235660268-1 | 121920337 |
| 10/21/2021 2 02:14 PM | Answer Machine | Telephoned - Consumer | (305) ███ Agent Dialed Call Time: 4s Debt Numbers: | | Barbara Hauke | 235660268-1 | 121920337 |
| 10/6/2021 6 39:24 AM | Verify / CBR Investigation complete | ACDV | ACDV - TUN - 010-Claims paid, 111-Company will delete / Verify response: 23 cc Debt Numbers: 121920337 | | Barbara Hauke | 235660268-1 | 121920337 |
| 10/6/2021 6 39:23 AM | | Updated | Last event changed from Dispute - Answer Not Required to Verify / CBR Investigation complete | | Barbara Hauke | 235660268-1 | |
| 5/6/2021 9 39:12 PM | | Updated | LetterStatusCode changed from P to X | batchuser | Barbara Hauke | 235660268-1 | |
| 5/6/2021 9 39:12 PM | | Account Note | User Requested | batchuser | Barbara Hauke | 235660268-1 | |
| 5/5/2021 9 01:22 PM | | Added | Letter Request: 540 - 4th letter in the intensive | | Barbara Hauke | 235660268-1 | |
| 3/17/2021 10 51:31 PM | | Account Note | User Requested | batchuser | Barbara Hauke | 235660268-1 | |
| 3/17/2021 10 25:39 AM | | Added | Letter Request: 278 - Settlement | | Barbara Hauke | 235660268-1 | |
| 3/3/2021 10 22:00 PM | | Updated | Consumer Sharon Dorsey Home Phone [Verified] (205) ███ type changed from Home to Mobile | batchuser | Barbara Hauke | 235660268-1 | |
| 3/3/2021 2 09:55 PM | | Viewed | | Barbara Hauke | Barbara Hauke | 235660268-1 | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-B**

ICS006

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/3/2021 2 09:55 PM | | Updated | Assigned collector changed from IC House Collector to Barbara Hauke / Collector assigned effective date changed from nothing to Mar 3 2021 2:09PM / Collector assigned expiration date changed from nothing to Mar 17 2021 12:00AM / Last event changed from New Business to Dispute - Answer Not Required / Disputed flag changed from No to Yes | | IC House Collector | 235660268-1 | |
| 3/3/2021 2 09:55 PM | | Updated | Assigned collector changed from IC House Collector to Barbara Hauke / Collector assigned effective date changed from nothing to Mar 3 2021 2:09PM / Collector assigned expiration date changed from nothing to Mar 17 2021 12:00AM / Last event changed from New Business to Dispute - Answer Not Required | | IC House Collector | 235660268-1 | |
| 3/3/2021 2 09:54 PM | Dispute - Answer Not Required | Consumer Called | OTH - Dispute-Other Debt Numbers: 121920337 | Barbara Hauke | IC House Collector | 235660268-1 | 121920337 |
| 3/3/2021 2 09:54 PM | Dispute-Other | Consumer Called | Dispute-Other (Phone; Consumer Unidentified Phone ) Debt Numbers: 121920337 | Barbara Hauke | IC House Collector | 235660268-1 | 121920337 |
| 3/3/2021 2 09:54 PM | | Updated | Consumer Sharon Dorsey Bill To Address reason changed from Melissa Updated to nothing / status changed from Unknown to Verified | Barbara Hauke | IC House Collector | 235660268-1 | |
| 3/3/2021 2 09:54 PM | | Updated | Disputed flag changed from No to Yes | Barbara Hauke | IC House Collector | 235660268-1 | |
| 3/3/2021 2 09:54 PM | | Added | Consumer Sharon Dorsey Home Phone [Verified] (205) 601 | Barbara Hauke | IC House Collector | 235660268-1 | |
| 3/3/2021 2 09:54 PM | | Account Note | 20560 vic mm mm disp. all could not provide service at that time. never had service. not avail in area at that time. ver addy and e-mail # | Barbara Hauke | IC House Collector | 235660268-1 | |
| 2/23/2021 8:17:26 AM | Line Busy | Telephoned - Consumer | (205) Agent Dialed Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/23/2021 8 06:56 AM | Answer Machine | Telephoned - Consumer | (305) Agent Dialed Call Time: 4s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/20/2021 11 57:01 AM | Line Busy | Telephoned - Consumer | (205) Agent Dialed Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/20/2021 11 55:56 AM | Answer Machine | Telephoned - Consumer | (305) Agent Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/19/2021 11 59:59 PM | Vendor Data Apend Request | Batch Processing | Credit Monitor-Experian-CreditBatch-Placement Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/19/2021 11 59:59 PM | Start Phase | Batch Processing | Litigation Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/19/2021 11 59:59 PM | Start Phase | Batch Processing | Seconds Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/19/2021 11 59:59 PM | Restart Service - Due to Skip | Batch Processing | Skip Trace Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/19/2021 11 59:59 PM | Not Allowed - Stop Phase | Batch Processing | 3rd Party - Retained Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |

| 2/19/2021 11 59:59 PM | Not Allowed - Stop Phase | Batch Processing | Attorney Referral Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
|---|---|---|---|---|---|---|---|
| 2/19/2021 11 59:59 PM | Not Allowed - Stop Phase | Batch Processing | Pre-Litigation Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/19/2021 11 59:59 PM | New Business | Batch Processing | Litigation Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/19/2021 11 59:59 PM | New Business | Batch Processing | Seconds Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/19/2021 11 59:59 PM | Credit Monitor- Add Monitoring | Batch Processing | Credit Monitor-Experian-CreditBatch-Placement Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/19/2021 9:13:23 PM | | Updated | Working team changed from AT&T Warehouse House to ATT WH Uverse Seconds Phase | | IC House Collector | 235660268-1 | |
| 2/19/2021 9:13:23 PM | | Updated | Collector assigned effective date changed from Feb 19 2021 12:00AM to nothing Current linked debt phase state ID changed from 599431891 to 599431898 | | IC House Collector | 235660268-1 | |
| 2/19/2021 9:13:23 PM | | Updated | Working team changed from Corporate Litigation to AT&T Warehouse House | | IC House Collector | 235660268-1 | |
| 2/19/2021 9:13:23 PM | | Updated | Current linked debt phase state ID changed from 599431853 to 599431891 | | IC House Collector | 235660268-1 | |
| 2/19/2021 9:13:23 PM | | Updated | Collector assigned effective date changed from nothing to Feb 19 2021 12:00AM | | IC House Collector | 235660268-1 | |
| 2/19/2021 9:13:23 PM | | Updated | Collector assigned effective date changed from nothing to Feb 19 2021 12:00AM | | IC House Collector | 235660268-1 | |
| 2/19/2021 9:13:22 PM | | Updated | Working team changed from Corporate Pre Litigation to Corporate Litigation | | IC House Collector | 235660268-1 | |
| 2/19/2021 9:13:22 PM | | Updated | Assigned collector changed from Eric Anderson to IC House Collector Collector assigned effective date changed from Feb 20 2021 3:13AM to nothing Current linked debt phase state ID changed from 599431841 to 599431853 | | Eric Anderson | 235660268-1 | |
| 2/19/2021 9:13:22 PM | | Updated | Working team changed from Corporate Attorney Referral to Corporate Pre Litigation | | IC House Collector | 235660268-1 | |
| 2/19/2021 9:13:22 PM | | Updated | Assigned collector changed from IC House Collector to Eric Anderson Collector assigned effective date changed from nothing to Feb 20 2021 3:13AM | | IC House Collector | 235660268-1 | |
| 2/19/2021 9:13:22 PM | | Updated | Current linked debt phase state ID changed from 599431826 to 599431841 | | IC House Collector | 235660268-1 | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** ICS008
**EXHIBIT 2-B**

| 2/19/2021 9:13:22 PM | | Updated | Working team changed from ATT WH Uverse Intensive Phase to Corporate Attorney Referral | | IC House Collector | 235660268-1 | |
| 2/19/2021 9:13:22 PM | | Updated | Current linked debt phase state ID changed from 589670315 to 599431826 | | IC House Collector | 235660268-1 | |
| 2/11/2021 2:12:23 PM | Answer Machine | Telephoned – Consumer | (205) ▮▮▮ Agent Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/11/2021 2 02:52 PM | Answer Machine | Telephoned – Consumer | (305) ▮▮▮ Agent Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/11/2021 8:43:26 AM | Answer Machine | Telephoned – Consumer | (205) ▮▮▮ Agent Dialed Call Time: 4s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/11/2021 8 25:04 AM | Answer Machine | Telephoned – Consumer | (305) ▮▮▮ Agent Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/10/2021 10:43:35 PM | | Updated | LetterStatusCode changed from P to S ToAddressId changed from nothing to 322295783 | batchuser | IC House Collector | 235660268-1 | |
| 2/10/2021 9:12:26 PM | | Added | Letter Request: 276 - Settlement | | IC House Collector | 235660268-1 | |
| 2/8/2021 2 56:21 PM | Answer Machine | Telephoned – Consumer | (205) ▮▮▮ Agent Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/8/2021 2:18:26 PM | Answer Machine | Telephoned – Consumer | (305) ▮▮▮ Agent Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/4/2021 8:40:26 AM | | Viewed | | Jonathan Potaracke | IC House Collector | 235660268-1 | |
| 2/4/2021 8 05:53 AM | Answer Machine | Telephoned – Consumer | (305) ▮▮▮ Agent Dialed ▮▮▮ Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/1/2021 9:42:08 AM | No Answer | Telephoned – Consumer | (205) ▮▮▮ Agent Dialed Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 2/1/2021 9:19:30 AM | Answer Machine | Telephoned – Consumer | (305) ▮▮▮ Agent Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/28/2021 8:19:12 AM | No Answer | Telephoned – Consumer | (205) ▮▮▮ Agent Dialed Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/28/2021 8:15:52 AM | Answer Machine | Telephoned – Consumer | (305) ▮▮▮ Agent Dialed Time: 4s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/27/2021 6 25:31 PM | | Updated | ScoreDateTime changed from Jan 24 2021 4 35PM to Jan 27 2021 6 25PM | batchuser | IC House Collector | 235660268-1 | |
| 1/25/2021 9 54:07 AM | No Answer | Telephoned – Consumer | (205) ▮▮▮ Agent Dialed Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/25/2021 9:49:17 AM | Answer Machine | Telephoned – Consumer | (305) 815▮▮▮ Agent Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/24/2021 4 35:08 PM | | Updated | ScoreDateTime changed from Jan 22 2021 7:42PM to Jan 24 2021 4 35PM | batchuser | IC House Collector | 235660268-1 | |
| 1/22/2021 7:42:13 PM | | Updated | ScoreDateTime changed from Jan 21 2021 6 20PM to Jan 22 2021 7:42PM | batchuser | IC House Collector | 235660268-1 | |
| 1/21/2021 6 20:33 PM | | Updated | ScoreDateTime changed from Jan 19 2021 6 39PM to Jan 21 2021 6 20PM | batchuser | IC House Collector | 235660268-1 | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT EXHIBIT 2-B**   ICS009

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/21/2021 1 54:13 PM | No Contact | Telephoned - Consumer | (205) ▮▮▮ Agent: 50337 Call Time: 2s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/21/2021 1 50:23 PM | Answer Machine | Telephoned - Consumer | (305) ▮▮▮ Dialed ▮▮▮ or: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/21/2021 8 51:24 AM | No Answer | Telephoned - Consumer | (205) ▮▮▮ Agent: Dialed Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/21/2021 8:48:13 AM | Answer Machine | Telephoned - Consumer | (305) 815▮▮ Agent: Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/19/2021 6 39:38 PM | | Updated | ScoreValue changed from 409 to 408 ScoreDateTime changed from Jan 18 2021 6:18PM to Jan 19 2021 6 39PM | batchuser | IC House Collector | 235660268-1 | |
| 1/18/2021 6:18:43 PM | | Updated | ScoreValue changed from 413 to 409 ScoreDateTime changed from Jan 17 2021 4 54PM to Jan 18 2021 6:18PM | batchuser | IC House Collector | 235660268-1 | |
| 1/18/2021 11 26:58 AM | Consumer Hangs Up | Telephoned - Consumer | (205) ▮▮▮ Agent: Dialed Call Time: 1s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/18/2021 11 20:02 AM | Answer Machine | Telephoned - Consumer | (305) ▮▮▮ Agent: Dialed Call Time: 4s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/17/2021 4 54:35 PM | | Updated | ScoreValue changed from 423 to 413 ScoreDateTime changed from Jan 15 2021 6:13PM to Jan 17 2021 4 54PM | batchuser | IC House Collector | 235660268-1 | |
| 1/15/2021 6:13:30 PM | | Updated | ScoreDateTime changed from Jan 14 2021 6 23PM to Jan 15 2021 6:13PM | batchuser | IC House Collector | 235660268-1 | |
| 1/15/2021 8 21:25 AM | No Answer | Telephoned - Consumer | (205) ▮▮▮ Agent: Dialed Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/15/2021 8 07:32 AM | Answer Machine | Telephoned - Consumer | (305) ▮▮▮ Agent: Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/14/2021 6 23:29 PM | | Updated | ScoreValue changed from 431 to 423 ScoreDateTime changed from Jan 13 2021 6 22PM to Jan 14 2021 6 23PM | batchuser | IC House Collector | 235660268-1 | |
| 1/13/2021 6 22:00 PM | | Updated | ScoreValue changed from 443 to 431 ScoreDateTime changed from Jan 12 2021 6 33PM to Jan 13 2021 6 22PM | batchuser | IC House Collector | 235660268-1 | |
| 1/12/2021 6 33:59 PM | | Updated | ScoreValue changed from 457 to 443 ScoreDateTime changed from Jan 10 2021 4:42PM to Jan 12 2021 6 33PM | batchuser | IC House Collector | 235660268-1 | |
| 1/12/2021 8 54:28 AM | No Answer | Telephoned - Consumer | (205) ▮▮▮ Agent: Dialed Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/12/2021 8 52:47 AM | Answer Machine | Telephoned - Consumer | (305) ▮▮▮ Agent: Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/11/2021 8:19:19 AM | No Answer | Telephoned - Consumer | (205) ▮▮▮ Agent: Dialed Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/11/2021 8:14:38 AM | Answer Machine | Telephoned - Consumer | (305) ▮▮▮ Agent: Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** ICS010
**EXHIBIT 2-B**

| Date/Time | | Action | Details | User | Collector | Account | Debt # |
|---|---|---|---|---|---|---|---|
| 1/10/2021 4:42:47 PM | | Updated | ScoreValue changed from 461 to 457 ScoreDateTime changed from Jan 8 2021 6:53PM to Jan 10 2021 4:42PM | batchuser | IC House Collector | 235660268-1 | |
| 1/8/2021 6:53:08 PM | | Updated | ScoreValue changed from 463 to 461 ScoreDateTime changed from Jan 6 2021 6:47PM to Jan 8 2021 6:53PM | batchuser | IC House Collector | 235660268-1 | |
| 1/8/2021 9:11:32 AM | No Answer | Telephoned – Consumer | (205) ███ Agent Dialed Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/8/2021 9:07:37 AM | Answer Machine | Telephoned – Consumer | (305) ███ Agent Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/7/2021 9:48:29 AM | | Viewed | | Casi Quinonez | IC House Collector | 235660268-1 | |
| 1/7/2021 9:47:55 AM | No Contact | Telephoned – Consumer | (205) ███ Agent 50065 Call Time: 1s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/7/2021 9:44:29 AM | Answer Machine | Telephoned – Consumer | (305) ███ Agent Dialed Call Time: 5s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/7/2021 2:28:55 AM | | Updated | Letter/Status/Code changed from P to S ToAddressId changed from nothing to 322295763 | batchuser | IC House Collector | 235660268-1 | |
| 1/6/2021 10:12:32 PM | | Added | Letter Request: 510 – Initial notice - first in the | | IC House Collector | 235660268-1 | |
| 1/6/2021 6:47:22 PM | | Updated | ScoreValue changed from 465 to 463 ScoreDateTime changed from Jan 5 2021 7:01PM to Jan 6 2021 6:47PM | batchuser | IC House Collector | 235660268-1 | |
| 1/6/2021 12:20:19 PM | Answer Machine | Telephoned – Consumer | (205) ███ Agent Dialed Call Time: 4s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/6/2021 10:42:10 AM | Answer Machine | Telephoned – Consumer | (305) ███ Agent Dialed Call Time: 9s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/5/2021 10:28:23 PM | | Account Note | Letter #510 Delay or Cancel Requested- MedFlorida Letters | batchuser | IC House Collector | 235660268-1 | |
| 1/5/2021 10:11:47 PM | | Added | Letter Request: 510 – Initial notice - first in the | | IC House Collector | 235660268-1 | |
| 1/5/2021 7:01:50 PM | | Updated | ScoreValue changed from 407 to 465 ScoreDateTime changed from Dec 30 2020 6:26PM to Jan 5 2021 7:01PM | batchuser | IC House Collector | 235660268-1 | |
| 1/5/2021 3:05:36 PM | Possible Disconnected Number | Telephoned – Consumer | (305) ███ Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/4/2021 9:58:23 PM | | Account Note | Letter #510 Delay or Cancel Requested- MedFlorida Letters | batchuser | IC House Collector | 235660268-1 | |
| 1/4/2021 9:42:19 PM | | Added | Letter Request: 510 – Initial notice - first in the | | IC House Collector | 235660268-1 | |
| 1/4/2021 6:26:03 PM | Update Consumer Information | Update Information | Collaboration File Sent Update Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/4/2021 6:26:03 PM | | Debt Note | OCA Name: FCS; Portfolio: UV; Channel: SC; | | IC House Collector | 235660268-1 | |
| 1/4/2021 6:17:39 PM | Update Consumer Information | Update Information | Collaboration File Sent Update Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/4/2021 6:17:39 PM | | Debt Note | OCA Name: AFNI; Portfolio: UV; Channel: TR; Credit Rpt Dte: CRUP; | | IC House Collector | 235660268-1 | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** ICS011
**EXHIBIT 2-B**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1/4/2021 5 59:27 PM | Update Consumer Information | Update Information | Collaboration File Sent Update Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 1/4/2021 5 59:27 PM | | Debt Note | LIVE LINE: UPDATE: Portfolio = UV; Channel = PR | | IC House Collector | 235660268-1 | |
| 1/4/2021 5 59:27 PM | | Added | Consumer Sharon Dorsey Unknown Phone [No AutoDialer] (205) 681 ▓ | batchuser | IC House Collector | 235660268-1 | |
| 12/30/2020 9 39:46 PM | | Account Note | Letter #510 Delay or Cancel Requested- Holiday-Delay Letters | batchuser | IC House Collector | 235660268-1 | |
| 12/30/2020 9 39:46 PM | | Account Note | Letter #510 Delay or Cancel Requested- Holiday-Delay Letters | batchuser | IC House Collector | 235660268-1 | |
| 12/30/2020 9 39:46 PM | | Account Note | Letter #510 Delay or Cancel Requested- MedFlorida Letters | batchuser | IC House Collector | 235660268-1 | |
| 12/30/2020 9 28:37 PM | | Added | Letter Request: 510 - Initial notice - first in the | | IC House Collector | 235660268-1 | |
| 12/30/2020 6 26:40 PM | | Updated | ScoreValue changed from 406 to 407 ScoreDateTime changed from Dec 29 2020 6 31PM to Dec 30 2020 6 26PM | batchuser | IC House Collector | 235660268-1 | |
| 12/30/2020 11 58:58 AM | Answer Machine | Telephoned – Consumer | (305) ▓ Agent Dialed Call Time: 4s Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/29/2020 6 31:34 PM | | Updated | ScoreValue changed from 279 to 406 ScoreDateTime changed from Dec 28 2020 6 39PM to Dec 29 2020 6 31PM | batchuser | IC House Collector | 235660268-1 | |
| 12/28/2020 10 21:52 PM | | Updated | Consumer Sharon Dorsey Unknown Phone [Unknown] (305) ▓ ▓ Type changed from Unknown to Mobile | batchuser | IC House Collector | 235660268-1 | |
| 12/28/2020 6 39:05 PM | | Updated | ScoreValue changed from 0 to 279 OriginalScore changed from nothing to 279 OriginalScoreDateTime changed from nothing to Dec 28 2020 6:39PM | batchuser | IC House Collector | 235660268-1 | |
| 12/28/2020 5 54:25 PM | | Added | Linked Debt number 128066901 line item 87590867 | batchuser | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:26 PM | | Updated | Owner team changed from Communications Letters Only to AT&T Warehouse Working team changed from Communications Notification to ATT WH Uverse Intensive Phase | | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:26 PM | | Updated | Collector assigned effective date changed from Dec 28 2020 12:00AM to nothing Current linked debt phase state ID changed from 589870294 to 589870315 | | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:26 PM | | Added | Debt number 121920337 balance line item 559023769 | | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:26 PM | | Updated | Collector assigned effective date changed from nothing to Dec 28 2020 12:00AM | | IC House Collector | 235660268-1 | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**  ICS012
**EXHIBIT 2-B**

| 12/28/2020 4:17:26 PM | | Updated | Working team changed from Communications 3rd-Letters to Communications Notification | | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:26 PM | | Updated | Collector assigned effective date changed from Dec 28 2020 12:00AM to nothing Current linked debt phase state ID changed from 589870277 to 589870294 | | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:26 PM | | Updated | Collector assigned effective date changed from nothing to Dec 28 2020 12:00AM | | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:26 PM | Vendor Data Apend Request | Batch Processing | Standardization-Banko - Lexis Nexis-ATT Bank-Lexis Scrub Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | Vendor Data Apend Request | Batch Processing | Standardization-Banko - Lexis Nexis-DEC Only Includes 7 Yr Monitor Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | Vendor Data Apend Request | Batch Processing | Standardization-NLP-NLP-Scores-based BusinessUnit Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | Start Phase | Batch Processing | Pre-Processing Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | Start Phase | Batch Processing | Letters Only Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | Start Phase | Batch Processing | Notification Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | Start Phase | Batch Processing | Intensive Collection Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | Restart Service - Due to Skip | Batch Processing | Skip Trace Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | New Business | Batch Processing | Intensive Collection Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | New Business | Batch Processing | Notification Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | New Business | Batch Processing | Letters Only Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | New Business | Batch Processing | Pre-Processing Debt Numbers: 121920337 | | IC House Collector | 235660268-1 | 121920337 |
| 12/28/2020 4:17:26 PM | | Updated | Owner team changed from Corporate Unidentified Debt to Communications Letters Only Working team changed from Unidentified Debt House-Global to Communications 3rd-Letters Collector assigned effective date changed from Dec 28 2020 12:00AM to nothing Current linked debt phase state ID changed from 589870247 to 589870277 | | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:26 PM | | Updated | Owner team changed from Corporate Unidentified Debt to Communications Letters Only Working team changed from Unidentified Debt House-Global to Communications 3rd-Letters | | IC House Collector | 235660268-1 | |

| 12/28/2020 4:17:26 PM | | Updated | Collector assigned effective date changed from Dec 28 2020 12:00AM to nothing  Current linked debt phase state ID changed from 589870247 to 589870277 | | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:26 PM | | Updated | Collector assigned effective date changed from nothing to Dec 28 2020 12:00AM | | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:26 PM | | Updated | Owner team changed from Global Default to Corporate Unidentified Debt  Working team changed from nothing to Unidentified Debt House-Global | | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:26 PM | | Updated | Assigned collector changed from nothing to IC House Collector | | IC House Collector | 235660268-1 | |
| 12/28/2020 4:17:25 PM | | Added | Debt number 121920337 balance line item 559003735 | | | 235660268-1 | |
| 12/28/2020 4:17:25 PM | | Updated | Current linked debt phase state ID changed from nothing to 589870247 | | | 235660268-1 | |
| 12/28/2020 4 09:03 PM | | Updated | Status changed from Batch Entered to Active | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Debt Note | WARN NG -- PhoneID 479843730 (0000000000) is being skipped, phone number contains invalid prefix. | | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Debt Note | WARN NG -- PhoneID 479843732 (1111110002) is being skipped, phone number contains invalid prefix. | | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 147964330 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 balance line item 558972780 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 balance line item 558972781 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440135 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440136 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440137 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440138 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440139 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440140 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440141 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440142 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440112 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440113 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440114 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440115 | batchuser | | 235660268-1 | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** ICS014
**EXHIBIT 2-B**

| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440116 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440117 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440118 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440119 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440120 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440121 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440122 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440123 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440124 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440125 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440126 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440127 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440128 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440129 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440130 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440131 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440132 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440133 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 line item 1463440134 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Debt number 121920337 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Linked Debt number 1 | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Consumer Sharon Dorsey Unknown Phone [Unkn██████ | ██████ | | ██████ | |
| ██████ | | ██████ | ██████ Sharon Dorsey Bill To Address ██████ | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Consumer Sharon Dorsey Last Client Address Address ██ | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Consumer Sharon Dorsey ██████ | batchuser | | 235660268-1 | |
| 12/28/2020 3:10:44 PM | | Added | Consumer Sharon Dorsey Unknown Email ██████ .COM | batchuser | | 235660268-1 | |

 **System**

| Creditor: | ATT U-Verse |
|---|---|
| Account No.: | |
| I.C. System Reference No.: | |

# COLLECTION NOTICE

**BALANCE DUE:** $151.33

1/8/2021

Sharon Dorsey:

Your delinquent account has been turned over to this collection agency. ATT U-Verse is both the original and current creditor to whom this debt is owed.

The account information is scheduled to be reported to the national credit reporting agencies in your creditor's name. You have the right to inspect your credit file in accordance with federal law. I.C. System will not submit the account information to the national credit reporting agencies until the expiration of the time period described in the notice below.

Please tear off the bottom portion of this letter and return it with your payment.

If you will be receiving a tax refund and would like to use it to pay your account, please call us to make payment arrangements.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

NOTICE
Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you make a request in writing within 30 days after receiving this notice we will provide you with the name and address of the original creditor, if different from the current creditor.

If you feel you are or have been a victim of Theft of Identity, please call AT&T directly.

This does not contain a complete list of the rights consumers have under Federal, State, or Local laws.

I.C. System, Inc.|444 Highway 96 East, PO Box 64378, St. Paul MN 55164-0378

149011-T01-510-156137641-System-47388



**YOU HAVE OPTIONS**

For questions or payment please go to: https://www.icsystem.com/consumer

Mail check or money order payable to I.C. System, Inc. with coupon below

Call Toll-Free at 888-312-3595

---

P.O. Box 64437
St. Paul, MN 55164-0437
Electronic Service Requested

☐ Address Changed?
STREET _____
CITY _____ STATE _____ ZIP _____
Billing Phone Number _____

ORSEY

**BALANCE DUE:** $151.33

**I.C. System Reference No.:**

Pay Online at
https://www.icsystem.com/consumer

MAKE CHECK OR MONEY ORDER PAYABLE TO:

I.C. SYSTEM, INC.
PO BOX 64378
SAINT PAUL MN 55164-0378

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-C**
ICS002 390101

**System**

| | |
|---|---|
| Creditor: | ATT U-Verse |
| Account No.: | |
| I.C. System Reference No.: | |

# SETTLEMENT OFFER

| BALANCE DUE: | $151.33 |
|---|---|

2/11/2021

Sharon Dorsey:

Would you be willing to pay 50% of the BALANCE DUE above?

To resolve the BALANCE DUE indicated above, our office will accept a reduced payment amount of $75.67.

For more information about your account or to make payment, please visit https://www.icsystem.com/consumer. You may also accept this offer by calling 888-312-3595 or sending payment by mail.

If you will be receiving a tax refund and would like to use it to pay your account, please call us to make payment arrangements.

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

This does not contain a complete list of the rights consumers have under Federal, State, or Local laws.

I.C. System, Inc.|444 Highway 96 East, PO Box 64378, St. Paul MN 55164-0378

149011-T01-278-15850-4645-System-36925

**YOU HAVE OPTIONS**

For questions or payment please go to: https://www.icsystem.com/consumer

Mail check or money order payable to I.C. System, Inc. with coupon below

Call Toll-Free at 888-312-3595

---

P.O. Box 64437
St. Paul, MN 55164-0437
Electronic Service Requested

☐ Address Changed?
STREET _____
CITY _____ STATE _____ ZIP _____
Billing Phone Number _____

ORSEY

| BALANCE DUE: | $151.33 |
|---|---|

I.C. System Reference No.: 

Pay Online at
https://www.icsystem.com/consumer

MAKE CHECK OR MONEY ORDER PAYABLE TO:

I.C. SYSTEM, INC.
PO BOX 64378
SAINT PAUL MN 55164-0378



ract Type [All ▼] Debt [2194AT26B-1-59 ✕]

| | | | | | | | | Credit Bureau Activity | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Report Level | Debt ID | Activity Date | Extract Type | Date Opened | Date of First Delinquency | Compliance Cond Code | Special Comment | Account Status | Reported Current Balance | Original High Balance | First Name | Last Name | Middle Name | Generation Code | | Subscriber Code | Equifax | Experian | Innovis | TransUnion |
| Debt | 121920337 | 10/20/2022 | Recall | 12/18/2020 | 8/7/20 IB | | | DA - Delete | 151.00 | 151.00 | SHARON | DORSEY | | | | National | | DA | DA | DA |
| Debt | 121920337 | 3/6/2022 | Update | 12/18/2020 | 8/7/20 IB | XB - Disputed | | 93 - Update | 151.00 | 151.00 | SHARON | DORSEY | | | | National | | 93 | 93 | 93 |
| Debt | 121920337 | 3/7/2021 | Update | 12/18/2020 | 8/7/20 IB | XB - Disputed | AW | 93 - Update | 151.00 | 151.00 | SHARON | DORSEY | | | | National | | 93 | 93 | 93 |
| Debt | 121920337 | 2/28/2021 | Update | 12/18/2020 | 8/7/20 IB | | AW | 93 - Update | 151.00 | 151.00 | SHARON | DORSEY | | | | National | | 93 | 93 | 93 |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-E**

ICS016

1

2

3

4          IN RE:  DORSEY, SHARON VS. I.C. SYSTEM, INC.

5              TRANSCRIPTION OF TELEPHONE CALL

6     File Name:  March 3, 2021 I_C call recording-20228

7          Runtime:  00:12:55 (hours, minutes, seconds)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-F**

Page 2

1              * Start of Audio Recording *

2              REPRESENTATIVE:  Good afternoon.  This call may

3       be monitored and is recorded.  Who do I have the

4       pleasure of speaking with today?

5              SHARON DORSEY:  Hey there.  My name is Sharon

6       Dorsey, and I received a letter from your organization

7       about a user's account with AT&T, which I've never had

8       before.  I had this on my credit for the last two

9       years.  They finally did take it off because they

10      could not provide the service that I applied for.

11             I got a letter saying that you guys would be

12      willing to reduce the amount by 50 percent to 7567.  I

13      don't owe any of it, honey.

14             REPRESENTATIVE:  Okay.

15             SHARON DORSEY:  I'm --

16             REPRESENTATIVE:  Whoa, whoa, whoa, whoa.

17             SHARON DORSEY:  Ma'am?

18             REPRESENTATIVE:  Okay.  First of all, okay, thank

19      you very much.  Is there a reference number or a file

20      number on that letter which I can --

21             SHARON DORSEY:  (Inaudible).  System reference

22      number, yes, ma'am.  ██ --

23             REPRESENTATIVE:  Okay.  Could you give me that --

24      okay.

25             SHARON DORSEY:  ██ --

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-F

```
1           REPRESENTATIVE:  Okay.  Please continue.
2           SHARON DORSEY:  ███████
3           REPRESENTATIVE:  ██████
4           SHARON DORSEY:  No, ma'am.  █████████.
5           REPRESENTATIVE:  Okay.  Great.  Thank you very
6      much.  Okay.  Right now we are trying to reach out to
7      Sharon Dorsey.  Is that you?
8           SHARON DORSEY:  Yes, it is.
9           REPRESENTATIVE:  Okay.  Sharon, could you please
10     give me your address?  Update -- no.  Could you be --
11     please verify your address we have here on file?
12          SHARON DORSEY:  ████████████████, Alabama
13     35097.
14          REPRESENTATIVE:  Thank you.  My name is Barbara
15     Hokey (phonetic), and I am with I.C. System.  This is
16     an attempt to collect a debt by a debt collector, and
17     the information obtained will be used for that
18     purpose.
19          We have received placement of your account owed
20     to AT&T U-verse in the -- in the amount of 15133.  How
21     would you like to pay for that today?  We accept
22     check --
23          SHARON DORSEY:  Barbara?
24          REPRESENTATIVE:  -- credit, or debit card
25     (inaudible).
```

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-F**

Page 4

```
1          SHARON DORSEY:  Barbara?

2          REPRESENTATIVE:  Right.

3          SHARON DORSEY:  Honey --

4          REPRESENTATIVE:  I just have to go through all

5      that Miranda.

6          SHARON DORSEY:  Okay.  Well, I have to go through

7      all of my Miranda to tell you that I don't owe it.

8      This was two years ago.  I moved.  I applied for AT&T

9      internet and DIRECTV and a landline.

10          The balance on that was 10133.  They called me

11      back two days later and says they were unable to

12      provide me with that service.  I have written four

13      letters.  This used to be on my credit report.  And

14      they said the only way for me to get it off was to

15      write a letter.  Well, I wrote four.

16          Each time I looked, it was still on there.  So I

17      called AT -- AT&T.  They said that that had already

18      been turned over for collection, and I would have to

19      go directly to you guys.

20          Now, this is something they couldn't provide me

21      with that service, but they billed me for the first

22      month because I signed up for it.  And it was $101,

23      but they couldn't provide the service.  I never got

24      their service.  I never got a U-verse account.  I

25      never got an AT&T landline.  Anything.
```

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-F**

1          I had to go through DIRECTV directly, and AT&T

2     referred me to (inaudible) that satellite for my

3     internet, which I do have it with them currently.

4     AT&T never provided this service to me.

5          REPRESENTATIVE:  Okay.  And I'm just --

6          SHARON DORSEY:  And it's off of my credit, ma'am.

7          REPRESENTATIVE:  Uh-huh.  I'm listening.

8          SHARON DORSEY:  They took it -- they took it off

9     of my credit report two months ago, AT&T did.  So you

10    need to look at that because I don't own this, and I

11    am -- I've had two years of battling with it, and I

12    thought it was done.

13         But, please, I can -- I'm retired and I can't

14    deal with this on a weekly basis getting letters for

15    things that I don't owe.  If I owed this, I would have

16    been more than happy to pay it the first month, but

17    they could not provide me with the service they billed

18    me for.

19         So finally after two and a half hours in December

20    talking to AT&T, they told me they would take that off

21    my credit report because it was killing me.  I mean, I

22    went down like to 6 -- I think it was 634 for a credit

23    score because that was out there for collections.

24    AT&T did take that off.

25         But then today I get another letter saying that

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-F**

1    it's -- I guess it's right back on, and I don't owe

2    this, Barbara.  I don't know what else to do to take

3    care of this, but I didn't receive the service so I

4    don't think that I should pay it.

5        REPRESENTATIVE:  Okay.  Just -- I just want to

6    make sure I get this.  Okay.  What we're going to do

7    here is that right here I'll mark this as -- as a

8    disputed for -- for the --

9        SHARON DORSEY:  Well, I wrote four letters.

10       REPRESENTATIVE:  Okay.  I'll mark this as --

11       SHARON DORSEY:  And --

12       REPRESENTATIVE:  -- you'll dispute --

13       SHARON DORSEY:  -- (inaudible).

14       REPRESENTATIVE:  And -- yeah.  Right.  Right.

15   Just that I'll mark this as disputed.  And right now

16   it will -- it will remain active in collections.  We

17   will -- okay.  I just want to make sure it gives us

18   everything here all correct and up-to-date here.

19   Okay.

20       SHARON DORSEY:  Well, Barbara, if you --

21       REPRESENTATIVE:  We'll mark -- right.  Yeah.

22   Right here, I'm going to dispute this right here for

23   you, and then I'll make notes right here saying that

24   AT&T could not provide service for you.  Yeah, because

25   right now we do show you that you -- that they had

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-F**

1  service here for you from June 1st, 2018, to October

2  11th, 2018.  And your --

3          SHARON DORSEY:  No, ma'am.

4          REPRESENTATIVE:  -- last bill that you --

5          SHARON DORSEY:  I never --

6          REPRESENTATIVE:  -- received is that --

7          SHARON DORSEY:  Well, they kept billing me and

8  billing me, and I kept disputing their bill.  And I'd

9  have to talk to someone every month, and they finally

10 turned it over to collections.

11         And then when I saw that on my credit report, I

12 called AT&T.  And the girl looked and she said:

13 You're right, you never had a U-verse account.  We

14 billed you.

15         I applied for it in May.  They were supposed to

16 put it in somewhere around June 1st, 2018.  They

17 called me back just two or three days after the order

18 was written and said they could not provide a

19 landline, a internet service, and that I would have to

20 go directly through DIRECTV, which is owned by AT&T.

21 And they gave me the number to contact Viasat

22 satellite for my internet, which I did.

23         But they billed me through October.  I called

24 them every month.  They would say:  Yes, ma'am.  I see

25 it here.  You -- we didn't provide you with that

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-F**

1     service.

2          And they said:  We will take care of this.

3          Well, it's never been taken care of, and it's

4     been over -- we're going now on three years.  But they

5     couldn't provide --

6          REPRESENTATIVE:  Yeah.

7          SHARON DORSEY:  -- me (inaudible) that I had.

8     They couldn't provide it.  But they continued to bill

9     me for it for months, and I'd send them a letter and

10    dispute it and said:  I didn't get the service, please

11    look at my account.

12         I had to go directly through DIRECTV, and you

13    guys sent me to Viasat satellite for internet.

14    U-verse was not even available in my area, and it's

15    still not available in my area.

16         REPRESENTATIVE:  Okay.

17         SHARON DORSEY:  So they could have never provided

18    me with the service because I didn't -- it's not even

19    out here.  I live on a back road in a rural area, and

20    they -- they couldn't provide the service.

21         REPRESENTATIVE:  Okay.  Okay.  What I did here

22    for you, Sharon, is that I do -- I do understand

23    completely what this is.  Here, I made notes and --

24    and so this way then what we'll do then, we will -- we

25    have it here as disputed, so we will -- we will --

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-F**

1      SHARON DORSEY:  Did you put the note -- did you
2    put the notes that they couldn't provide the service
3    that they're billing me for and I never got it?
4      REPRESENTATIVE:  Yes.  Yes, I did.  I did,
5    Sharon.  So I do have that noted.  I've noted --
6    notated your dispute.
7      The account will -- will still remain active.
8    But you know -- but what we'll do is that we'll let
9    AT&T or -- I'm not sure --
10      SHARON DORSEY:  Well, please, don't let it go
11    back on my credit report.  They just now took it off.
12    AT&T took it off two months ago.  My credit score went
13    up 46 points when they took that off.
14      Please, I mean, I don't owe anybody anything that
15    I don't pay.  And I'm an honest person, but if I owed
16    it I would pay it because it -- sometimes it seems
17    like it would just be more simple to pay it and make
18    it go away than to have to deal with it.  But you know
19    that's not right, Barbara, to have to do that.
20      REPRESENTATIVE:  I understand.  I understand.
21    And we -- I do have a note notated here on it.  So
22    when the next person calls you, they will see this and
23    then we'll take it from there then.  Okay, Sharon?
24      SHARON DORSEY:  Barbara, you're very kind but
25    don't --

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-F**

Page 10

1          REPRESENTATIVE:  Okay.

2          SHARON DORSEY:  -- let them put that back on my

3     credit report, please.  I'm a 73-year-old

4     grandmother --

5          REPRESENTATIVE:  We --

6          SHARON DORSEY:  -- and I think -- ma'am?

7          REPRESENTATIVE:  You sound like a very sweet

8     lady.  And right here I do this notated.  And just

9     that I just need to know that you're -- you're -- we

10    have an e-mail here, which is dorvert6863@gmail.com?

11         SHARON DORSEY:  Yes, ma'am.  That's me.

12         REPRESENTATIVE:  Okay.  Okay.  Do we have your

13    consent to send you e-mails then?

14         SHARON DORSEY:  Yes.

15         REPRESENTATIVE:  I did -- I did record -- I did

16    record your -- your dispute, and we do have it notated

17    here on your account.

18         SHARON DORSEY:  Okay.

19         REPRESENTATIVE:  So just that we do not report to

20    the credit bureau.  AT&T reports.  We do not report

21    anything like that, so.

22         SHARON DORSEY:  Okay.  So AT&T finally did after

23    two and a half years -- they finally did take it off

24    in December.  And then it no longer shows on my credit

25    report, so they did do that, so but that's all.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-F**

1          Apparently, they're still trying to get me to

2     pay, but I just -- I just can't because I'm

3     (inaudible).

4          REPRESENTATIVE:  Right.

5          SHARON DORSEY:  The whole principle of the thing.

6     I didn't receive the service and I don't owe them.

7     I'm just one little bitty person.

8          REPRESENTATIVE:  Right.  And you -- yes.  I --

9     yes, I understand, I really do.  But we do have this

10    notated on your -- on your report.  And -- and anyway,

11    best thing to do is to re-contact AT&T to let them

12    know that you have been receiving letters, please.

13         Either have them recall this account from us or

14    revert this off of your -- your credit report.  We do

15    not -- we do not do that.

16         SHARON DORSEY:  Okay.  Well, they did take it off

17    my credit report.  They did do that.

18         REPRESENTATIVE:  Okay.

19         SHARON DORSEY:  She assured me (inaudible) do it

20    that day.  But then, see, you're still out there and

21    you still want me to pay, and I don't --

22         REPRESENTATIVE:  Right.  Right.  And I have

23    disputed this.  I put this as disputing.  So you're

24    going to have to call AT&T to have them recall the

25    account.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-F**

Page 12

1          SHARON DORSEY:  Okay.  Thank you so much.

2          REPRESENTATIVE:  Okay.  You're welcome.  Goodbye.

3          SHARON DORSEY:  And you have a blessed day.

4      Bye-bye.

5          REPRESENTATIVE:  You too.  Bye-bye.

6                  * End of Audio Recording *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-F**

Page 13

1          CERTIFICATE OF TRANSCRIBER

2

3      I, ROBIN L. DEAL, do hereby certify that this

4  transcript was prepared from the digital audio recording

5  of the foregoing proceeding, that said transcript is a

6  true and accurate record of the proceedings to the best of

7  my knowledge, skills, and ability; that I am neither

8  counsel for, related to, nor employed by any of the

9  parties to the action in which this was taken; and,

10  further, that I am not a relative or employee of any

11  counsel or attorney employed by the parties hereto, nor

12  financially or otherwise interested in the outcome of this

13  action.

14

15

16

17

18                         ROBIN L. DEAL

19

20

21

22

23

24

25

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-F**

**[00:12:55 - directly]**                                    Page 14

| 0 |
| --- |
| **00:12:55**  1:7 |

| 1 |
| --- |
| **101**  4:22 |
| **10133**  4:10 |
| **11th**  7:2 |
| **15133**  3:20 |
| **1st**  7:1,16 |

| 2 |
| --- |
| **2018**  7:1,2,16 |
| **2021**  1:6 |
| **20228**  1:6 |
| **228**  3:12 |
| **235**  2:22 |
| **235660268-1-...**  3:4 |
| **267**  3:3 |
| **268**  3:2 |

| 3 |
| --- |
| **3**  1:6 |
| **35097**  3:13 |
| **3523**  13:17 |

| 4 |
| --- |
| **46**  9:13 |

| 5 |
| --- |
| **50**  2:12 |

| 6 |
| --- |
| **6**  5:22 |
| **634**  5:22 |
| **66**  2:25 |

| 7 |
| --- |
| **73**  10:3 |
| **7567**  2:12 |

| a |
| --- |
| **ability**  13:7 |
| **accept**  3:21 |
| **account**  2:7 3:19 4:24 7:13 8:11 9:7 10:17 11:13,25 |
| **accurate**  13:6 |
| **action**  13:9,13 |
| **active**  6:16 9:7 |
| **address**  3:10,11 |
| **afternoon**  2:2 |
| **ago**  4:8 5:9 9:12 |
| **alabama**  3:12 |
| **amount**  2:12 3:20 |
| **anybody**  9:14 |
| **anyway**  11:10 |
| **apparently**  11:1 |
| **applied**  2:10 4:8 7:15 |
| **area**  8:14,15,19 |
| **assured**  11:19 |
| **at&t**  2:7 3:20 4:8,17,25 5:1,4 5:9,20,24 6:24 7:12,20 9:9,12 10:20,22 11:11 11:24 |
| **attempt**  3:16 |
| **attorney**  13:11 |

| audio |
| --- |
| **audio**  2:1 12:6 13:4 |
| **available**  8:14 8:15 |

| b |
| --- |
| **back**  4:11 6:1 7:17 8:19 9:11 10:2 |
| **balance**  4:10 |
| **barbara**  3:14,23 4:1 6:2,20 9:19 9:24 |
| **basis**  5:14 |
| **battling**  5:11 |
| **best**  11:11 13:6 |
| **bill**  7:4,8 8:8 |
| **billed**  4:21 5:17 7:14,23 |
| **billing**  7:7,8 9:3 |
| **bitty**  11:7 |
| **blessed**  12:3 |
| **box**  3:12 |
| **bureau**  10:20 |
| **bye**  12:4,4,5,5 |

| c |
| --- |
| **c**  1:6 |
| **call**  1:5,6 2:2 11:24 |
| **called**  4:10,17 7:12,17,23 |
| **calls**  9:22 |
| **card**  3:24 |
| **care**  6:3 8:2,3 |

| certificate |
| --- |
| **certificate**  13:1 |
| **certify**  13:3 |
| **check**  3:22 |
| **collect**  3:16 |
| **collection**  4:18 |
| **collections**  5:23 6:16 7:10 |
| **collector**  3:16 |
| **completely**  8:23 |
| **consent**  10:13 |
| **contact**  7:21 11:11 |
| **continue**  3:1 |
| **continued**  8:8 |
| **correct**  6:18 |
| **counsel**  13:8,11 |
| **credit**  2:8 3:24 4:13 5:6,9,21,22 7:11 9:11,12 10:3,20,24 11:14,17 |
| **currently**  5:3 |

| d |
| --- |
| **date**  6:18 |
| **day**  11:20 12:3 |
| **days**  4:11 7:17 |
| **deal**  5:14 9:18 13:3,18 |
| **debit**  3:24 |
| **debt**  3:16,16 |
| **december**  5:19 10:24 |
| **digital**  13:4 |
| **directly**  4:19 5:1 7:20 8:12 |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-F**

**directv**  4:9 5:1 7:20 8:12
**dispute**  6:12,22 8:10 9:6 10:16
**disputed**  6:8,15 8:25 11:23
**disputing**  7:8 11:23
**dorsey**  1:4 2:5,6 2:15,17,21,25 3:2,4,7,8,12,23 4:1,3,6 5:6,8 6:9 6:11,13,20 7:3,5 7:7 8:7,17 9:1 9:10,24 10:2,6 10:11,14,18,22 11:5,16,19 12:1 12:3
**dorvert6863**  10:10

**e**

**e**  10:10,13
**either**  11:13
**employed**  13:8 13:11
**employee**  13:10

**f**

**file**  1:6 2:19 3:11
**finally**  2:9 5:19 7:9 10:22,23
**financially**  13:12

**first**  2:18 4:21 5:16
**foregoing**  13:5
**fork**  3:12
**four**  4:12,15 6:9
**further**  13:10

**g**

**getting**  5:14
**girl**  7:12
**give**  2:23 3:10
**gives**  6:17
**gmail.com**  10:10
**go**  4:4,6,19 5:1 7:20 8:12 9:10 9:18
**going**  6:6,22 8:4 11:24
**good**  2:2
**goodbye**  12:2
**grandmother**  10:4
**great**  3:5
**guess**  6:1
**guys**  2:11 4:19 8:13

**h**

**half**  5:19 10:23
**happy**  5:16
**hereto**  13:11
**hey**  2:5
**hokey**  3:15
**honest**  9:15

**honey**  2:13 4:3
**hours**  1:7 5:19
**huh**  5:7

**i**

**i.c.**  1:4 3:15
**inaudible**  2:21 3:25 5:2 6:13 8:7 11:3,19
**information**  3:17
**interested**  13:12
**internet**  4:9 5:3 7:19,22 8:13

**j**

**june**  7:1,16

**k**

**kept**  7:7,8
**killing**  5:21
**kind**  9:24
**know**  6:2 9:8,18 10:9 11:12
**knowledge**  13:7

**l**

**l**  13:3,18
**lady**  10:8
**landline**  4:9,25 7:19
**letter**  2:6,11,20 4:15 5:25 8:9
**letters**  4:13 5:14 6:9 11:12
**listening**  5:7
**little**  11:7

**live**  8:19
**locust**  3:12
**longer**  10:24
**look**  5:10 8:11
**looked**  4:16 7:12

**m**

**ma'am**  2:17,22 3:4 5:6 7:3,24 10:6,11
**made**  8:23
**mail**  10:10
**mails**  10:13
**make**  6:6,17,23 9:17
**march**  1:6
**mark**  6:7,10,15 6:21
**mean**  5:21 9:14
**minutes**  1:7
**miranda**  4:5,7
**monitored**  2:3
**month**  4:22 5:16 7:9,24
**months**  5:9 8:9 9:12
**moved**  4:8

**n**

**name**  1:6 2:5 3:14
**need**  5:10 10:9
**neither**  13:7
**never**  2:7 4:23 4:24,25 5:4 7:5

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-F**

7:13 8:3,17 9:3
**notated**  9:6,21
  10:8,16 11:10
**note**  9:1,21
**noted**  9:5,5
**notes**  6:23 8:23
  9:2
**number**  2:19,20
  2:22 7:21

**o**

**obtained**  3:17
**october**  7:1,23
**okay**  2:14,18,18
  2:23,24 3:1,5,6
  3:9 4:6 5:5 6:5
  6:6,10,17,19
  8:16,21,21 9:23
  10:1,12,12,18
  10:22 11:16,18
  12:1,2
**old**  10:3
**order**  7:17
**organization**
  2:6
**outcome**  13:12
**owe**  2:13 4:7
  5:15 6:1 9:14
  11:6
**owed**  3:19 5:15
  9:15
**own**  5:10
**owned**  7:20

**p**

**parties**  13:9,11
**pay**  3:21 5:16
  6:4 9:15,16,17
  11:2,21
**percent**  2:12
**person**  9:15,22
  11:7
**phonetic**  3:15
**placement**  3:19
**please**  3:1,9,11
  5:13 8:10 9:10
  9:14 10:3 11:12
**pleasure**  2:4
**po**  3:12
**points**  9:13
**prepared**  13:4
**principle**  11:5
**proceeding**  13:5
**proceedings**
  13:6
**provide**  2:10
  4:12,20,23 5:17
  6:24 7:18,25 8:5
  8:8,20 9:2
**provided**  5:4
  8:17
**purpose**  3:18
**put**  7:16 9:1,2
  10:2 11:23

**r**

**reach**  3:6
**really**  11:9
**recall**  11:13,24

**receive**  6:3 11:6
**received**  2:6
  3:19 7:6
**receiving**  11:12
**record**  10:15,16
  13:6
**recorded**  2:3
**recording**  1:6
  2:1 12:6 13:4
**reduce**  2:12
**reference**  2:19
  2:21
**referred**  5:2
**related**  13:8
**relative**  13:10
**remain**  6:16 9:7
**report**  4:13 5:9
  5:21 7:11 9:11
  10:3,19,20,25
  11:10,14,17
**reports**  10:20
**representative**
  2:2,14,16,18,23
  3:1,3,5,9,14,24
  4:2,4 5:5,7 6:5
  6:10,12,14,21
  7:4,6 8:6,16,21
  9:4,20 10:1,5,7
  10:12,15,19
  11:4,8,18,22
  12:2,5
**retired**  5:13
**revert**  11:14
**right**  3:6 4:2 6:1
  6:7,14,14,15,21

6:22,22,23,25
  7:13 9:19 10:8
  11:4,8,22,22
**road**  8:19
**robin**  13:3,18
**runtime**  1:7
**rural**  8:19

**s**

**satellite**  5:2 7:22
  8:13
**saw**  7:11
**saying**  2:11 5:25
  6:23
**says**  4:11
**score**  5:23 9:12
**seconds**  1:7
**see**  7:24 9:22
  11:20
**seems**  9:16
**send**  8:9 10:13
**sent**  8:13
**service**  2:10
  4:12,21,23,24
  5:4,17 6:3,24
  7:1,19 8:1,10,18
  8:20 9:2 11:6
**sharon**  1:4 2:5,5
  2:15,17,21,25
  3:2,4,7,8,9,12
  3:23 4:1,3,6 5:6
  5:8 6:9,11,13,20
  7:3,5,7 8:7,17
  8:22 9:1,5,10,23
  9:24 10:2,6,11
  10:14,18,22

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-F

11:5,16,19 12:1
12:3
**show** 6:25
**shows** 10:24
**signature** 13:17
**signed** 4:22
**simple** 9:17
**skills** 13:7
**sound** 10:7
**speaking** 2:4
**start** 2:1
**supposed** 7:15
**sure** 6:6,17 9:9
**sweet** 10:7
**system** 1:4 2:21
3:15

**t**

**take** 2:9 5:20,24
6:2 8:2 9:23
10:23 11:16
**taken** 8:3 13:9
**talk** 7:9
**talking** 5:20
**telephone** 1:5
**tell** 4:7
**thank** 2:18 3:5
3:14 12:1
**thing** 11:5,11
**things** 5:15
**think** 5:22 6:4
10:6
**thought** 5:12
**three** 7:17 8:4
**time** 4:16

**today** 2:4 3:21
5:25
**told** 5:20
**took** 5:8,8 9:11
9:12,13
**transcriber** 13:1
**transcript** 13:4
13:5
**transcription**
1:5
**true** 13:6
**trying** 3:6 11:1
**turned** 4:18
7:10
**two** 2:8 4:8,11
5:9,11,19 7:17
9:12 10:23

**u**

**u** 3:20 4:24 7:13
8:14
**uh** 5:7
**unable** 4:11
**understand**
8:22 9:20,20
11:9
**update** 3:10
**used** 3:17 4:13
**user's** 2:7

**v**

**verify** 3:11
**verse** 3:20 4:24
7:13 8:14
**viasat** 7:21 8:13

**vs** 1:4

**w**

**want** 6:5,17
11:21
**way** 4:14 8:24
**weekly** 5:14
**welcome** 12:2
**went** 5:22 9:12
**whoa** 2:16,16,16
2:16
**willing** 2:12
**write** 4:15
**written** 4:12
7:18
**wrote** 4:15 6:9

**y**

**yeah** 6:14,21,24
8:6
**year** 10:3
**years** 2:9 4:8
5:11 8:4 10:23

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-F**

```
          FLORIDA RULES OF CIVIL PROCEDURE

                    Rule 1.310


(e) Witness Review. If the testimony is

transcribed, the transcript shall be furnished to

the witness for examination and shall be read to or

by the witness unless the examination and reading

are waived by the witness and by the parties. Any

changes in form or substance that the witness wants

to make shall be listed in writing by the officer

with a statement of the reasons given by the

witness for making the changes. The changes shall

be attached to the transcript. It shall then be

signed by the witness unless the parties waived the

signing or the witness is ill, cannot be found, or

refuses to sign. If the transcript is not signed by

the witness within a reasonable time after it is

furnished to the witness, the officer shall sign

the transcript and state on the transcript the

waiver, illness, absence of the witness, or refusal

to sign with any reasons given therefor. The

deposition may then be used as fully as though

signed unless the court holds that the reasons

given for the refusal to sign require rejection of
```

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-F**



the deposition wholly or partly, on motion under
rule 1.330(d)(4).




DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-F

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-F**

Page 1

1

2

3

4          IN RE:  DORSEY, SHARON VS. I.C. SYSTEM, INC.

5              TRANSCRIPTION OF TELEPHONE CALL

6      File Name:  November 1, 2021 Call Recording-22334

7          Runtime:  00:05:57 (hours, minutes, seconds)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-G**

```
1              * Start of Audio Recording *
2         REPRESENTATIVE:  Good afternoon.  This call may
3    be monitored --
4         SHARON DORSEY:  Hello.
5         REPRESENTATIVE:  -- (inaudible) recorded.  Could
6    I speak to Sharon Dorsey?
7         SHARON DORSEY:  Yes.  May I ask who's calling?
8         REPRESENTATIVE:  My name is Laurie Bagnowski
9    (phonetic), and I'm reaching out to you regarding a
10   personal business matter.
11        SHARON DORSEY:  Okay.
12        REPRESENTATIVE:  Just to verify we are speaking
13   to the right person, are you still receiving mail at
14   ██████████████████████, Alabama 35097?
15        SHARON DORSEY:  I am.
16        REPRESENTATIVE:  Again, my name is Laurie
17   Bagnowski with I.C. System.  This is an attempt to
18   collect a debt by a debt collector, and the
19   information obtained will be used for the purpose.
20        We have received placement of your AT&T U-verse
21   account in the balance of $151.33.  How can I help you
22   get that paid today?
23        SHARON DORSEY:  You can't because I'm not going
24   to pay it.  AT&T told me a year ago they were taking
25   that off of my credit.  That was a service that I
```

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-G**

Page 3

1    applied for when I moved into a new residence three

2    years ago in June, this past June.

3         And after I signed up for it, they were unable to

4    provide the service.  That bill came to me, and I

5    talked to them for one year.  I have a record of

6    16 phone calls.  Every time I got a bill, I called

7    them.

8         They are so sorry, they're going to take that

9    off.  They're sorry they couldn't provide the service,

10   and they're sorry that they're going to -- that I'm

11   getting a bill -- that they're billing me each month

12   because I should not be billed.

13        I have -- this report has gone up several times.

14   Laurie, I'm not going to pay it.  I never received any

15   service from -- I've never had a U-verse account from

16   AT&T because it was not available in the area that

17   I've moved to.

18        REPRESENTATIVE:  So you moved in June 2018?  And

19   it --

20        SHARON DORSEY:  Yes.

21        REPRESENTATIVE:  According to -- according to

22   AT&T, it was disconnected in October of 2018, so you

23   would have had it from --

24        SHARON DORSEY:  That was never -- it was never --

25        REPRESENTATIVE:  (Inaudible).  (Inaudible).  You

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-G**

Page 4

1      never (inaudible).

2              SHARON DORSEY:  It was never --

3              REPRESENTATIVE:  (Inaudible).

4              SHARON DORSEY:  Ma'am, it was never installed.

5      In October of 2008, they told me they would take that

6      -- they would do away with that because they could not

7      provide the service.  But I never received a service.

8      It was never installed in my home.

9              You are the third person that has called me in

10     the last three years attempting to collect that debt,

11     but the service was never provided to me.

12             And I don't know what else to tell you except I

13     never received the service.  They were not supposed to

14     bill me for that, and that was supposed to have been

15     removed from my credit report three years ago in

16     October.

17             But it was never connected, so it could never

18     have been -- it could never have been disconnected

19     because they -- there is no U-verse.  I live on a

20     rural road, and there was no U-verse wiring for my

21     area, so I've never had a U-verse account.

22             REPRESENTATIVE:  I'm so sorry that that -- that

23     that happened to you, ma'am.  I will update the file,

24     but know that I can offer you a settlement to get this

25     closed out of $68.10.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-G**

1          SHARON DORSEY:  No, ma'am.  I'm not going to pay

2     one cent because I do not owe it.  I never received

3     one minute of service from AT&T U-verse, not one

4     minute.

5          It was never installed because there's no cables

6     out there to connect U-verse accounts.  And when I

7     signed up for it, apparently the person that signed me

8     up did not know U-verse accounts were not available in

9     that area.  But it's very rural, but they signed me up

10     and I thought, you know, it would be installed.

11          And then the next thing I know, they call me and

12     tell me:  I am so sorry but that is not available in

13     your area.

14          Okay.  What do I do now?

15          They said:  Go to DIRECTV.

16          Which is what I did.  I now have a DIRECTV active

17     account.  I've had it since we found out that I was

18     not able to get the service for AT&T U-verse.  They

19     installed DIRECTV, and that's all I've ever had with

20     AT&T.

21          REPRESENTATIVE:  Okay.  I do have your file

22     updated, ma'am.  Is this still a good callback number

23     for you?

24          SHARON DORSEY:  Yes, ma'am.

25          REPRESENTATIVE:  And it looks like we have an

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
EXHIBIT 2-G**

1    e-mail of ███████████████     That's still a good

2    e-mail?

3         SHARON DORSEY:  Yes, ma'am.  That's correct.

4         REPRESENTATIVE:  Okay.  Do you have any questions

5    for me, ma'am?

6         SHARON DORSEY:  No.  I'm just sorry that you have

7    that job because that's an account that will not be

8    collected.  I mean, I don't owe it.  I never received

9    the service.  That's on AT&T, not on me.

10        REPRESENTATIVE:  Okay.  I do have it updated,

11   ma'am.  And would you like to take a brief

12   satisfaction survey today?

13        SHARON DORSEY:  No, ma'am.  I'd rather not.

14        REPRESENTATIVE:  Okay.  Then on behalf of I.C.

15   System and AT&T U-verse, enjoy the rest of your day.

16   Bye-bye.

17        SHARON DORSEY:  Thank you, dear.  Bye.

18             * End of Audio Recording *

19

20

21

22

23

24

25

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-G**

Page 7

1                   CERTIFICATE OF TRANSCRIBER

2

3       I, ROBIN L. DEAL, do hereby certify that this

4    transcript was prepared from the digital audio recording

5    of the foregoing proceeding, that said transcript is a

6    true and accurate record of the proceedings to the best of

7    my knowledge, skills, and ability; that I am neither

8    counsel for, related to, nor employed by any of the

9    parties to the action in which this was taken; and,

10   further, that I am not a relative or employee of any

11   counsel or attorney employed by the parties hereto, nor

12   financially or otherwise interested in the outcome of this

13   action.

14

15

16

17

18                   ROBIN L. DEAL

19

20

21

22

23

24

25

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-G**

**[00:05:57 - information]**                                    Page 8

| 0 |
|---|
| **00:05:57**  1:7 |

| 1 |
|---|
| **1**  1:6 |
| **151.33.**  2:21 |
| **16**  3:6 |

| 2 |
|---|
| **2008**  4:5 |
| **2018**  3:18,22 |
| **2021**  1:6 |
| **22334**  1:6 |
| **228**  2:14 |

| 3 |
|---|
| **35097**  2:14 |
| **3523**  7:17 |

| 6 |
|---|
| **68.10.**  4:25 |

| a |
|---|
| **ability**  7:7 |
| **able**  5:18 |
| **account**  2:21 |
| 3:15 4:21 5:17 |
| 6:7 |
| **accounts**  5:6,8 |
| **accurate**  7:6 |
| **action**  7:9,13 |
| **active**  5:16 |
| **afternoon**  2:2 |
| **ago**  2:24 3:2 |
| 4:15 |
| **alabama**  2:14 |
| **apparently**  5:7 |

**applied**  3:1
**area**  3:16 4:21
5:9,13
**at&t**  2:20,24
3:16,22 5:3,18
5:20 6:9,15
**attempt**  2:17
**attempting**  4:10
**attorney**  7:11
**audio**  2:1 6:18
7:4
**available**  3:16
5:8,12

| b |
|---|
| **bagnowski**  2:8 |
| 2:17 |
| **balance**  2:21 |
| **behalf**  6:14 |
| **best**  7:6 |
| **bill**  3:4,6,11 |
| 4:14 |
| **billed**  3:12 |
| **billing**  3:11 |
| **box**  2:14 |
| **brief**  6:11 |
| **business**  2:10 |
| **bye**  6:16,16,17 |

| c |
|---|
| **cables**  5:5 |
| **call**  1:5,6 2:2 |
| 5:11 |
| **callback**  5:22 |
| **called**  3:6 4:9 |

**calling**  2:7
**calls**  3:6
**cent**  5:2
**certificate**  7:1
**certify**  7:3
**closed**  4:25
**collect**  2:18 4:10
**collected**  6:8
**collector**  2:18
**connect**  5:6
**connected**  4:17
**correct**  6:3
**counsel**  7:8,11
**credit**  2:25 4:15

| d |
|---|
| **day**  6:15 |
| **deal**  7:3,18 |
| **dear**  6:17 |
| **debt**  2:18,18 |
| 4:10 |
| **digital**  7:4 |
| **directv**  5:15,16 |
| 5:19 |
| **disconnected** |
| 3:22 4:18 |
| **dorsey**  1:4 2:4,6 |
| 2:7,11,15,23 |
| 3:20,24 4:2,4 |
| 5:1,24 6:3,6,13 |
| 6:17 |
| **dorvert6863**  6:1 |

| e |
|---|
| **e**  6:1,2 |

**employed**  7:8
7:11
**employee**  7:10
**enjoy**  6:15
**except**  4:12

| f |
|---|
| **file**  1:6 4:23 |
| 5:21 |
| **financially**  7:12 |
| **foregoing**  7:5 |
| **fork**  2:14 |
| **found**  5:17 |
| **further**  7:10 |

| g |
|---|
| **getting**  3:11 |
| **gmail.com.**  6:1 |
| **go**  5:15 |
| **going**  2:23 3:8 |
| 3:10,14 5:1 |
| **good**  2:2 5:22 |
| 6:1 |

| h |
|---|
| **happened**  4:23 |
| **hello**  2:4 |
| **help**  2:21 |
| **hereto**  7:11 |
| **home**  4:8 |
| **hours**  1:7 |

| i |
|---|
| **i.c.**  1:4 2:17 6:14 |
| **inaudible**  2:5 |
| 3:25,25 4:1,3 |
| **information** |
| 2:19 |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-G**

**installed**  4:4,8
5:5,10,19
**interested**  7:12

**j**

**job**  6:7
**june**  3:2,2,18

**k**

**know**  4:12,24
5:8,10,11
**knowledge**  7:7

**l**

**l**  7:3,18
**laurie**  2:8,16
3:14
**live**  4:19
**locust**  2:14
**looks**  5:25

**m**

**ma'am**  4:4,23
5:1,22,24 6:3,5
6:11,13
**mail**  2:13 6:1,2
**matter**  2:10
**mean**  6:8
**minute**  5:3,4
**minutes**  1:7
**monitored**  2:3
**month**  3:11
**moved**  3:1,17,18

**n**

**name**  1:6 2:8,16
**neither**  7:7

**never**  3:14,15
3:24,24 4:1,2,4
4:7,8,11,13,17
4:17,18,21 5:2,5
6:8
**new**  3:1
**november**  1:6
**number**  5:22

**o**

**obtained**  2:19
**october**  3:22 4:5
4:16
**offer**  4:24
**okay**  2:11 5:14
5:21 6:4,10,14
**outcome**  7:12
**owe**  5:2 6:8

**p**

**paid**  2:22
**parties**  7:9,11
**past**  3:2
**pay**  2:24 3:14
5:1
**person**  2:13 4:9
5:7
**personal**  2:10
**phone**  3:6
**phonetic**  2:9
**placement**  2:20
**po**  2:14
**prepared**  7:4
**proceeding**  7:5
**proceedings**  7:6

**provide**  3:4,9
4:7
**provided**  4:11
**purpose**  2:19

**q**

**questions**  6:4

**r**

**rather**  6:13
**reaching**  2:9
**received**  2:20
3:14 4:7,13 5:2
6:8
**receiving**  2:13
**record**  3:5 7:6
**recorded**  2:5
**recording**  1:6
2:1 6:18 7:4
**regarding**  2:9
**related**  7:8
**relative**  7:10
**removed**  4:15
**report**  3:13 4:15
**representative**
2:2,5,8,12,16
3:18,21,25 4:3
4:22 5:21,25 6:4
6:10,14
**residence**  3:1
**rest**  6:15
**right**  2:13
**road**  4:20
**robin**  7:3,18
**runtime**  1:7

**rural**  4:20 5:9

**s**

**satisfaction**
6:12
**seconds**  1:7
**service**  2:25 3:4
3:9,15 4:7,7,11
4:13 5:3,18 6:9
**settlement**  4:24
**several**  3:13
**sharon**  1:4 2:4,6
2:7,11,15,23
3:20,24 4:2,4
5:1,24 6:3,6,13
6:17
**signature**  7:17
**signed**  3:3 5:7,7
5:9
**skills**  7:7
**sorry**  3:8,9,10
4:22 5:12 6:6
**speak**  2:6
**speaking**  2:12
**start**  2:1
**supposed**  4:13
4:14
**survey**  6:12
**system**  1:4 2:17
6:15

**t**

**take**  3:8 4:5
6:11
**taken**  7:9

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-G**

**[talked - years]**                                              Page 10

| | |
|---|---|
| **talked**  3:5 | **w** |
| **telephone**  1:5 | **wiring**  4:20 |
| **tell**  4:12 5:12 | **y** |
| **thank**  6:17 | **year**  2:24 3:5 |
| **thing**  5:11 | **years**  3:2 4:10 |
| **third**  4:9 |     4:15 |
| **thought**  5:10 | |
| **three**  3:1 4:10 | |
|     4:15 | |
| **time**  3:6 | |
| **times**  3:13 | |
| **today**  2:22 6:12 | |
| **told**  2:24 4:5 | |
| **transcriber**  7:1 | |
| **transcript**  7:4,5 | |
| **transcription** | |
|     1:5 | |
| **true**  7:6 | |
| **u** | |
| **u**  2:20 3:15 4:19 | |
|     4:20,21 5:3,6,8 | |
|     5:18 6:15 | |
| **unable**  3:3 | |
| **update**  4:23 | |
| **updated**  5:22 | |
|     6:10 | |
| **used**  2:19 | |
| **v** | |
| **verify**  2:12 | |
| **verse**  2:20 3:15 | |
|     4:19,20,21 5:3,6 | |
|     5:8,18 6:15 | |
| **vs**  1:4 | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-G**

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is transcribed, the transcript shall be furnished to the witness for examination and shall be read to or by the witness unless the examination and reading are waived by the witness and by the parties. Any changes in form or substance that the witness wants to make shall be listed in writing by the officer with a statement of the reasons given by the witness for making the changes. The changes shall be attached to the transcript. It shall then be signed by the witness unless the parties waived the signing or the witness is ill, cannot be found, or refuses to sign. If the transcript is not signed by the witness within a reasonable time after it is furnished to the witness, the officer shall sign the transcript and state on the transcript the waiver, illness, absence of the witness, or refusal to sign with any reasons given therefor. The deposition may then be used as fully as though signed unless the court holds that the reasons given for the refusal to sign require rejection of

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-G**



the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-G**

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**EXHIBIT 2-G**